UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS  DIVISION

| | | |
|---|---|---|
| **MICHAEL KARLIX**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 1:09-cv-0804-SEB-DML |
| vs. | ) | |
| | ) | |
| **MICHAEL J. ASTRUE,** Commissioner of the | ) | |
| SOCIAL SECURITY ADMINISTRATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## JUDGMENT

Pursuant to the Court's ruling simultaneously entered on this date, final judgment is hereby entered in favor of Defendant and against Plaintiff.

IT IS SO ORDERED.

Date:   06/08/2010

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov

John P. Young
YOUNG & YOUNG
john@youngandyoungin.com